UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 12-10080-GAO

UNITED STATES OF AMERICA

v.

LINDA LOUISE CULKIN,
Defendant.

<u>ORDER</u>
May 18, 2012

O'TOOLE, D.J.

After careful consideration of the parties' oral arguments and written submissions, I decline to modify the order for detention issued by the Magistrate Judge. A defendant may be detained if the government establishes by clear and convincing evidence that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." 18 U.S.C. § 3142(f). In the present case, the government has carried that burden.

Repeatedly, the defendant has sent violent threats to K.S. and others, threatening harm with guns, anthrax, and bombs. Her threats continued over a course of years. She did not relent even after she knew that she was under police scrutiny.

The government has demonstrated that home confinement, even with the conditions proposed by the defendant, will not reasonably assure the safety of others and the community. Here, where the defendant's threats were so violent in content, her obsession so long-lasting, her methods so varied, her mental state so unpredictably irrational, her prior use of the mail system to achieve criminal ends so convincingly shown, her access to the mail system so enormously

difficult to regulate, and she has demonstrated her willingness to continue her criminal behavior even when she knew she was under law-enforcement scrutiny, the government sufficiently has demonstrated that the defendant's proposed conditions are insufficient.

Given the particular facts here, the only way reasonably to assure the safety of others and the community is through detention. The defendant's Motion (dkt. no. 12) for Review of Detention Order is DENIED.

It is SO ORDERED.


/s/ George A. O'Toole, Jr.
United States District Judge