UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
12-10080-GAO

UNITED STATES OF AMERICA

v.

LINDA LOUISE CULKIN

### INITIAL SCHEDULING ORDER

July 25, 2012

Boal, M.J.

The above named Defendant was arraigned before this court on July 24, 2012, and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules ("LR") 116.1 through 116.4.

Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **August 21, 2012.** The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **September 6, 2012 at 11:00 a.m.** The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **August 30, 2012.**

                                                         /s/ Jennifer C. Boal
                                                         JENNIFER C. BOAL
                                                         United States Magistrate Judge