UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
            v.              )        CRIMINAL NO. 12-10080-GAO
                            )
LINDA CULKIN                )


MOTION FOR LEAVE TO FILE AN EX PARTE
SUBMISSION UNDER SEAL IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves to file a submission in support of his Motion to Withdraw as Counsel under seal and *ex parte*. As grounds, counsel states that the information contained in the Supplemental Motion contains sensitive and personal information that should not be part of the public record. In addition, the Supplemental Motion contains client information that would be inappropriate to disclose to counsel for the government.


/s/ Stylianus Sinnis

Stylianus Sinnis
B.B.O. #560148
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA  02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF)all on August 15, 2012.


/s/ Stylianus Sinnis
Stylianus Sinnis