UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LINDA LOUISE CULKIN,**<br><br>**Defendant.** | Criminal Case No. 12-CR-10080-GAO |

### ASSENTED-TO MOTION FOR ORDER OF EXCLUDABLE DELAY
### PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America moves for an order designating the period from December 5, 2012, through January 22, 2013, the date of the next status conference, as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the parties require that time to complete and review discovery and to consider alternative mental health arrangements for Defendant. For these reasons, the ends of justice served by granting the requested continuance of the time outweigh the best interests of the public and the defendant in a speedy trial. Defendant's counsel has told the government that he and his client assent to the motion.

                                                             Respectfully submitted

                                                             CARMEN M. ORTIZ
                                                             UNITED STATES ATTORNEY

Date: December 5, 2012        By:    */s/ Scott L. Garland*
                                                             Scott L. Garland
                                                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing.

Date: December 5, 2012                    */s/ Scott L. Garland*
                                                Scott L. Garland
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LINDA LOUISE CULKIN,**<br><br>**Defendant.** | **Criminal Case No. 12-CR-10080-GAO** |

**ORDER OF EXCLUDABLE DELAY**
**FROM DECEMBER 5, 2012, THROUGH JANUARY 22, 2013**

The United States of America's Assented-to Motion for Order of Excludable Delay Pursuant to the Speedy Trial Act is hereby GRANTED, on the grounds that the parties require time to complete and review automatic discovery and to consider alternative mental health arrangements for Defendant. For these reasons, the ends of justice served by granting the requested continuance of the time outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the Court hereby grants the parties' joint motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (1) the date on which the trial must commence is continued; and (2) the period from December 5, 2012, through January 22, 2013, is excluded from the speedy trial clock and from the time within which the trial of the offenses charged in the indictment must commence.

_____
United States Magistrate Judge Jennifer C. Boal