**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LINDA LOUISE CULKIN,**<br><br>Defendant. | **Criminal Case No. 12-CR-10080-GAO** |

**ORDER OF EXCLUDABLE DELAY**
**FROM DECEMBER 5, 2012, THROUGH JANUARY 22, 2013**

      The United States of America's Assented-to Motion for Order of Excludable Delay Pursuant to the Speedy Trial Act is hereby GRANTED, on the grounds that the parties require time to complete and review automatic discovery and to consider alternative mental health arrangements for Defendant. For these reasons, the ends of justice served by granting the requested continuance of the time outweigh the best interests of the public and the defendant in a speedy trial.

      Accordingly, the Court hereby grants the parties' joint motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (1) the date on which the trial must commence is continued; and (2) the period from December 5, 2012, through January 22, 2013, is excluded from the speedy trial clock and from the time within which the trial of the offenses charged in the indictment must commence.

_____
United States Magistrate Judge Jennifer C. Boal