UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 12-10080-GAO

UNITED STATES OF AMERICA

v.

LINDA LOUISE CULKIN

**INTERIM SCHEDULING ORDER**

December 6, 2012

BOAL, M.J.

At the interim status conference held on December 4, 2012, the parties requested additional time to address outstanding discovery issues and/or other pre-trial matters. Accordingly:

1.   An Interim Status Conference is scheduled for **January 22, 2013 at 11:15 a.m.** at Courtroom 14 on the 5th floor.

2.   A Joint Memorandum addressing those items set forth in L.R. 116.5(b) shall be filed on or before the close of business on **January 15, 2013**.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE