# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LINDA LOUISE CULKIN,**<br><br>Defendant. | **Criminal Case No. 12-CR-10080-GAO** |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5, the parties have conferred and submit this joint initial status report:

1.  The United States provided automatic discovery within the time provided by the local rules. Defendant has not made any additional discovery requests, but may do so after reviewing the automatic discovery.

2.  The United States will work with Defendant to provide discovery in addition to that required by the local rules.

3.  Defendant requires additional time to review the discovery and further meet with Defendant to evaluate whether and when to request additional discovery.

4.  The United States has provided Defense counsel a proposed protective order that would restrict the dissemination of information concerning the victims. Defense counsel will discuss this with Defendant.

5.  Defendant must review the discovery, meet further with Defendant, and review the case file before she can identify whether any pretrial motions will be necessary and on what

schedule they could be filed.

      6.      Because the parties are unclear on whether a trial will be necessary or which types of experts would be called, the parties ask to defer scheduling expert witness disclosures until a future status conference.

      7.      The parties believe that the Court has excluded all of the time through January 22, 2013, and ask the Court to exclude the time through the date of the next status conference.

      8.      The parties request that an interim status conference be scheduled in six weeks.

      9.      Defense counsel has had Defendant examined by a mental health expert so that she can evaluate whether further motions should be filed regarding Defendant's mental health and/or bail review.  Defense counsel will file a motion asking for leave to conduct certain physical tests that a psychiatrist has recommended to analyze Defendant's mental health.

      10.      The United States has determined the location of some evidence required for trial that is being held by law enforcement officers in another country.  The United States has contacted officials in the foreign country about obtaining that evidence and conducting witness interviews abroad and discussions on how to do this as expeditiously as possible should begin soon.

      Respectfully submitted,

| | |
|---|---|
| Carmen M. Ortiz<br>United States Attorney | Inga Parsons, Esq. |
| By:  */s/ Scott L. Garland*<br>Scott L. Garland<br>Assistant U.S. Attorney | */s/ Inga Parsons*<br>Inga Parsons<br>Counsel for Defendant Culkin |

CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>  /s/ Scott L. Garland
>  Scott L. Garland
>  Assistant United States Attorney

Date: January 15, 2013