UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------------------
UNITED STATES OF AMERICA,


                     -v-                         12CR10080-GAO

LINDA CULKIN,

                                    Defendant.
--------------------------------------------------------------------X


---

### MOTION TO HAVE DEFENDANT APPEAR AT JUNE 4, 2013 HEARING AND STATUS CONFERENCE AND REQUEST FOR COPY OF MOTION

---


COMES NOW the Defendant, Linda Culkin, through her assigned CJA attorney, Inga L. Parsons, and hereby moves this Honorable Court to permit Ms. Culkin to appear in person at the hearing and status conference set for June 4, 2013.  In support of this motion, Defendant states the following:

1.     Ms. Culkin's case is scheduled for a hearing and status conference in this matter at 10:45 and 11:00 a.m. respectively on June 4, 2013.

2.     Defense counsel respectfully requests to have Ms. Culkin present given this is a final status conference and also to resolve the motion regarding Removal of Attorney.

3.     Defense counsel further requests to have a copy of the motion for Removal of Attorney which is not accessible by defense counsel through PACER.

4.     For other good and just cause.

Dated:          Marblehead, MA
                May 9, 2013

                                    _/s/____*Inga L. Parsons*_____
                                    Inga L. Parsons (BBO#675221)
                                    3 Bessom Street, No. 234
                                    Marblehead, MA  01945
                                    781-581-2262


### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 9th day of May, 2013 upon all counsel of record by ECF/CM delivery:


        _____/s/____*Inga L. Parsons*_____
                        Inga L. Parsons