UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 12-10080-GAO

UNITED STATES OF AMERICA

v.

LINDA LOUISE CULKIN

**FINAL STATUS REPORT**

June 5, 2013

Boal, M.J.

A Final Status Conference was held before this court on June 4, 2013, pursuant to the provisions of Local Rule 116.5(c). Based on that conference, this Court enters the following report and order:

1. The Court transfers this matter to the District Judge assigned to this case for an initial pretrial conference.

2. The parties have produced all discovery they intend to produce.

3. There are no outstanding discovery requests or outstanding or anticipated discovery motions at this time.

4. There are no outstanding or anticipated motions under Fed. R. Crim. P. 12(b).

5. Based upon the orders of the Court dated February 8, 2012, May 15, 2012, May 21, 2012, June 20, 2012, August 2, 2012, September 7, 2012, October 15, 2012, December 6, 2012, January 30, 2013, and March 18, 2013, at the time of the Final Status Conference on June 4, 2012, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE