UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------
UNITED STATES OF AMERICA,

                    -v-                    12CR10080-GAO

LINDA CULKIN,

                    Defendant.
-------------------------------------------------------------------X

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW the Defendant Linda Culkin, through her appointed counsel, Inga L. Parsons, and with the consent of the government by AUSA Scott Garland, and respectfully requests that the Status Conference for July 22, 2013 in this matter be continued to after the first week in August 2013. In support of her request, counsel states that the defense is involved in obtaining additional discovery, in particular, certain medical records which could affect a disposition in this case. The parties anticipate that obtaining these records before the next hearing could enable the parties to request a Rule 11 hearing rather than a status conference. Therefore, it would be a more efficient use of court and counsel resources to put off the current status hearing until those records are obtained.

For other good and just cause.

Dated: July 19, 2013

        Respectfully submitted,
        Linda Culkin
        By her attorney,

        */s/ Inga L. Parsons*
        _____
        Inga L. Parsons (BBO#675221)
        3 Bessom Street, No. 234
        Marblehead, MA  01945
        781-581-2262

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 19th day of July, 2013 upon all counsel of record by ECF/CM delivery:

        _____/s/____*Inga L. Parsons*_____
        Inga L. Parsons