# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| Admitted to MA NY WY | **Attorney at Law** | Tel: 781-581-2262 |
| Federal Court | **3 Bessom St. No. 234** | Fax: 781-842-1430 |
| U.S. Supreme Court | **Marblehead, MA  01945** | Inga@IngaParsonsLaw.com |

October 10, 2013

Honorable George A. O'Toole
United States District Court Judge
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

Re:   *U.S. v. Culkin*
       12 Cr 10080

Dear Judge O'Toole:

I am appointed counsel for Linda Culkin.  A Rule 11 hearing is currently set for October 24, 2013.  Given recent developments, the defense respectfully requests that the Rule 11 hearing be converted to a status conference and that Ms. Culkin be brought to court for that conference.  I have spoken to Scott Garland, AUSA, who has no objection to this request.

Thank you for your time and consideration.

Respectfully,

/s/ *Inga L. Parsons*

Inga L. Parsons
3 Bessom Street, No. 234
Marblehead, MA  01945


Cc:   Culkin, L. (regular mail);
       AUSA Scott Garland (by ECF)