UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------
UNITED STATES OF AMERICA,

                      -v-                          12CR10080-GAO

LINDA CULKIN,

                      Defendant.
-----------------------------------------------------------------------X

## ASSENTED TO MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant Linda Culkin, through her appointed counsel, Inga L. Parsons, and with the consent of the government by AUSA Scott Garland, and the Probation Officer, Chrissy Murphy, respectfully requests that the Sentencing scheduled for March 13, 2014 in this matter be continued thirty days or later.

In support of her request, counsel states that the probation officer and defense counsel have had some delays in the Presentence Investigation Interview due to the storm and counsel's unavailability as well as some difficulties regarding the transport of Ms. Culkin. An additional thirty days will allow for time to complete the interview and the investigation and finalize the report. As to the sentencing date, Counsel is unavailable due to school vacation for her son April 17th through April 25th but would be available before or after those dates at the Court's convenience.

For other good and just cause.

Dated:  January 9, 2014

                                              Respectfully submitted,
                                              Linda Culkin
                                              By her attorney,

                                              */s/ Inga L. Parsons*
                                              _____
                                              Inga L. Parsons (BBO#675221)
                                              3 Bessom Street, No. 234
                                              Marblehead, MA  01945
                                              781-581-2262


## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was served on the 9th day of January, 2014 upon all counsel of record by ECF/CM delivery:

                                      _/s/_____*Inga L. Parsons*_____
                                              Inga L. Parsons