UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------
UNITED STATES OF AMERICA,

                -v-                12CR10080-GAO

LINDA CULKIN,

                Defendant.
-------------------------------------------------------------------X

## NOTICE OF INTENT TO FILE DEFENSE SENTENCING MEMORANDUM ON MAY 12, 2014

    COMES NOW the Defendant Linda Culkin, through her appointed counsel, Inga L. Parsons, and hereby advises that the defense had intended to file the Defense Sentencing Memorandum on this date, however, given the 21-page filing by the government on this date, the defense will need time to respond to the government's filing as part of her submission. The defense will endeavor to submit Ms. Culkin's sentencing memorandum in the morning of Monday, May 12, 2014 as counsel will be out of town until Monday, May 12, 2014.

Dated: May 9, 2014

                                            Respectfully submitted,
                                            Linda Culkin
                                            By her attorney,

                                            */s/ Inga L. Parsons*
                                            _____
                                            Inga L. Parsons (BBO#675221)
                                            3 Bessom Street, No. 234
                                            Marblehead, MA  01945
                                            781-581-2262

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was served on the 9th day of May, 2014 upon all counsel of record by ECF/CM delivery:

      _____/s/____*Inga L. Parsons*_____
           Inga L. Parsons