

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

June 17, 2014

George A. O'Toole, Jr.
United States District Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: **LINDA LOUISE CULKIN**
    **REGISTER NUMBER: 94250-038**
    **CRIMINAL NUMBER: 12-10080-GAO**

Dear Judge O'Toole, Jr.:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4244(b) and 3552(c) dated May 27, 2014, in the case of Ms. Linda Culkin.

Ms. Linda Culkin was designated at the Metropolitan Correctional Center, New York on June 11, 2014. In order to provide the Court with a comprehensive and thorough report, we generally ask for 60 days from the date of arrival, which would conclude on August 9, 2014.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Maureen P. Baird
Warden

CL/KS/ks