

# M E M O R A N D U M

**To:** Honorable George A. O'Toole
U.S. District Judge

**From:** Brett Wingard
Senior U.S. Probation Officer

**Re:** CULKIN, Linda (Dkt. No:1:12CR-10080)
<u>RESTITUTION/SPECIAL ASSESSMENT  ORDER  PAYMENT
 SCHEDULE</u>

**Date:** **April 29, 2016**

This memorandum serves as notification of a restitution  payment schedule agreed upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court.  The schedule is based upon the defendant's ability to pay at the time it  is formulated.  Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed.  In the event any changes are made, the Court will be so advised.

The above-captioned defendant has agreed to pay her court-ordered restitution of $127,133.99 and Special Assessment of $1,400.00 in  monthly installments of $<u>94.00 </u> per month.  Our office will continue to monitor Ms. Culkin's compliance with the court-ordered financial obligations, and will notify the Court of any necessary changes due to a change in his financial situation.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

<u>/s/ Jeffrey R. Smith</u>
Jeffrey R. Smith
Supervising U.S. Probation Officer

Payment Schedule Is Approved:

_____                                           Date_____
Honorable George A. O'Toole
U.S. District Judge